UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: OCTOBER 17, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. CIVIL 98-1794 (JAG)

===================================================================

P.R. METAL PRODUCTS                         Attorneys:
                                            For Plaintiffs:

      VS
                                            For Defendant:
SYNCROLIFT

===================================================================

Motion #24 for the setting of a status conference is hereby granted and the status conference is hereby set for **THURSDAY, OCTOBER 26, 2000 AT 11:00 AM BEFORE JUDGE GARCIA GREGORY.**

Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY