UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: OCTOBER 26, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIVIL 98-1794 (JAG)**

==================================================================

P.R. METAL PRODUCTS                      Attorneys:
                                           For Plantiff: ROSANNA
                                           CEREZO
            VS
                                         For Defendant:
SYNCROLIFT                                 JOHN O'CONNOR CASANAS
==================================================================

Case called for status conference. Theories of parties heard. Court is informed that plaintiff made a settlement demand in the amount of $135,000 and a counter offer by defendant was made for $43,000.

No discovery has been undertaken. Attorney for defendant has filed a motion to dismiss. Court urges parties to renew their settlement negotiations. Motion to dismiss is to be held in abeyance pending the outcome of the settlement negotiations.

Court sets a settlement conference for **December 11, 2000 at 4:30 PM. Principals are to be available for said conference.**

Parties to be notified.

                                    _____
                                      Lily Alicea-Courtroom Deputy