IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

P.R. METAL PRODUCTS

**Plaintiff(s)**

v.                                                          CIVIL NO. 98-1794 (JAG)

SYNCROLIFT

**Defendant(s)**

---

### SETTLEMENT CONFERENCE REPORT

The Court met with counsel today in an effort to assist the parties in reaching a settlement of the case. Since there appears to be a significant disagreement with respect to the base calculation that was used to determine the five percent (5%) commission that plaintiff's counsel has relied upon to make his settlement demand, counsel for defendants shall furnish plaintiff's counsel with the documents used by defendants to arrive at their base by January 10, 2001. The documents shall be accompanied by a sworn statement from the defendant verifying that no documents relating to this topic exist, other than the tendered to plaintiff. Plaintiff's counsel shall respond by January 22, 2001, and defendant's counsel shall tender a final response by January 26, 2001.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of December, 2000.

JAY A. GARCIA-GREGORY
U.S. District Judge