UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**　　　　　　　　DATE: DECEMBER 29, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**　　　　**CASE NO. CIVIL 98-1794 (JAG)**

================================================================

PUERTO RICO METAL　　　　　　　　　　Attorneys:
PRODUCTS　　　　　　　　　　　　　　　For Plaintiffs:

　　　　VS

　　　　　　　　　　　　　　　　　　　For Defendant:
SYNCROLIFT

================================================================

　　By Order of the Court the Settlement Conference in the above-mentioned case set for Monday, December 11, 2000 at 4:30 PM is hereby vacated and set aside.

　　Parties to be notified.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LILY ALICEA
　　　                                 COURTROOM DEPUTY

31