IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO METAL PRODUCTS, INC.

    **Plaintiff(s)**

    v.

SYNCROLIFT, INC.

    **Defendant(s)**

CIVIL NO. 98-1794 (JAG)

## JUDGMENT

Upon consideration of the Stipulation of Voluntary Dismissal with Prejudice (Docket #33) filed by the parties, the Court hereby enters judgment dismissing the complaint with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 7 )
attys/pts
in ICMS
JUN 2 2 2001